

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

RONELL X. WILLIAMS,                    3:07-CV-391-ECR (RAM)

    Plaintiff,

                                MINUTES OF THE COURT

vs.

HOWARD SKOLNICK, et al.,               DATE: September 3, 2008

    Defendants

---

PRESENT:       EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN          Reporter:     NONE APPEARING

Counsel for Plaintiff(s)               NONE APPEARING

Counsel for Defendant(s)               NONE APPEARING

---

MINUTE ORDER IN CHAMBERS

    On   July 24, 2008, the Magistrate Judge filed a Report and Recommendation (#16) with respect to Defendants' Motion to Dismiss (#7). Plaintiff opposed the motion (#12) and Defendants did not reply.  None of the parties filed objections to the Magistrate Judge's Report pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice.

    The Magistrate Judge recommended that Defendants' Motion to Dismiss (#7) be treated as a motion for summary judgment in accordance with Fed. R. Civ. Pro. 56.  The Magistrate Judge's Report and Recommendation (#16) is well taken.  It is neither clearly erroneous nor contrary to law.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#16) is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, FURTHER ORDERED** as follows:

        1)   Defendants' motion to dismiss Plaintiff's complaint on grounds of mootness is **DENIED.**

        2)   Defendants' motion to dismiss Plaintiff's First Amendment claim dealing with the denial of his Religious Faith Group Recognized Application on grounds that Plaintiff failed to exhaust his administrative remedies is **DENIED.**

        3)   Defendants' motion to dismiss Defendants in their official capacities on Eleventh Amendment immunity grounds is **DENIED.**

4)    Defendants' motion to dismiss Defendants Whorton, Cox, Baca, Wallace, Neven, and Cassaleggio for lack of personal participation is **DENIED.**

5)    Defendants' motion to dismiss Defendants Skolnik and McDaniel for lack of personal participation is **GRANTED.**

6)    Defendants' motion for summary judgment on Plaintiff's First Amendment claim on qualified immunity grounds with respect to the Ramadan meals is **DENIED.**

7)    Defendants' motion for summary judgment on Plaintiff's First Amendment claim on qualified immunity grounds with respect to the denial of religious garments is **DENIED.**

8)    Defendants' motion for summary judgment on Plaintiff's First Amendment claim on qualified immunity grounds with respect to the alleged disciplinary charges and transfer is **DENIED.**

9)    Defendants' motion for summary judgment on Plaintiff's First Amendment claim on qualified immunity grounds with respect to the denial of Plaintiff's application to recognize Nation of Islam as a religion is **GRANTED.**

10)   Defendants' motion for summary judgment on Plaintiff's First Amendment claim on qualified immunity grounds with respect to the Ramadan meals is **DENIED.**

11)   Defendants' motion for summary judgment on Plaintiff's Fourteenth Amendment claim on qualified immunity grounds with respect to the application to recognize Nation of Islam as a religion is **GRANTED.**

LANCE S. WILSON, CLERK

By_____/s/_____
          Deputy Clerk

2