```
1  CATHERINE CORTEZ MASTO
   Nevada Attorney General
2  JILL C. DAVIS
   Senior Deputy Attorney General
3  Nevada State Bar No. 8418
   Public Safety Division
4  Office of the Attorney General
   555 E. Washington Avenue, Suite 3900
5  Las Vegas, NV 89101
   Telephone: (702) 486-3420
6  Fax: (702) 486-3773

7  Attorney for Defendants
```

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONELL X. WILLIAMS, et al, | Case No.: 3:07-cv-00391-ECR-RAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS** |
| HOWARD SKOLNICK, Director of NDOC, GLEN WHORTON, Former Director of NDOC, DWIGHT NEVEN, Warden HDSP, E.K. MCDANIEL, Ward ESP, ISIDRO BACA, JAMES G. COX, CHAPLAIN DAVE CASALEGGIO, COLE MORROW, DENNIS WALLACE, and their Agents or Successors, JOHN DOE #1 Deputy Director of Programs, | |
| Defendants | |

COMES NOW Plaintiff RONELL WILLIAMS ("Williams") and State Defendants, in both their official and individual capacities, HOWARD SKOLNIK, GLEN WHORTON, DWIGHT NEVEN, E.K. McDANIEL, ISIDRO BACA, JAMES G. COX, DAVE CASALEGGIO, COLE MORROW, and DENNIS WALLACE ("STATE DEFENDANTS"), by and through counsel, CATHERINE CORTEZ MASTO, Attorney General, and JILL C. DAVIS, hereby submit their Stipulation to Dismiss.

. . .

. . .

. . .

## STIPULATION AND ORDER TO DISMISS CASE

PLAINTIFF RONELL WILLIAMS ("WILLIAMS") AND STATE DEFENDANTS, IN BOTH THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, HOWARD SKOLNIK, GLEN WHORTON, DWIGHT NEVEN, E.K. MCDANIEL, ISIDRO BACA, JAMES G. COX, DAVE CASALEGGIO, COLE MORROW, AND DENNIS WALLACE ("STATE DEFENDANTS"), BY AND THROUGH COUNSEL, CATHERINE CORTEZ MASTO, ATTORNEY GENERAL, AND JILL C. DAVIS, SENIOR DEPUTY ATTORNEY GENERAL, hereby agree as follows:

1. The above entitled action shall be dismissed with prejudice; and
2. The parties shall bear their own costs and fees.
3.

IT IS SO STIPULATED ON THIS 15th DAY OF JULY 2009.

_____  
**RONELL WILLIAMS**  
*Pro Se* Plaintiff

By: _____  
**JILL C. DAVIS**  
Senior Deputy Attorney General  
Nevada Bar No. 8418  
555 East Washington, Ste. 3900  
Las Vegas, NV 89101  
*Attorneys for NDOC State Defendants*

IT IS SO ORDERED THIS __16th__ DAY OF JULY 2009.

_____  
UNITED STATES DISTRICT JUDGE

Attorney General's Office  
555 E. Washington, Suite 3900  
Las Vegas, NV 89101

-2-